United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 22-13299-pmm

Tina Roxanne Smith  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4  User: admin  Page 1 of 2

Date Rcvd: Aug 10, 2023  Form ID: 155  Total Noticed: 22

The following symbols are used throughout this certificate:

**Symbol**  **Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tina Roxanne Smith, 2 Lichfield Lane, Lancaster, PA 17601-5081 |
| 14741329 | + | Kayla Hutson, 2 Lichfield Lane, Lancaster, PA 17601-5081 |
| 14747790 | + | Rocket Mortgage, LLC, f/k/a Quicken Loans, C/O Michael Patrick Farrington, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14741334 | + | TD Bank/Icon, 222 N LaSalle - Ste 1700, Chicago, IL 60601-1101 |
| 14741335 | + | The Kingston Apartments, 4900 Allertow Road, Fredericksburg, VA 22407-3001 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14741325 | + | Email/Text: g20956@att.com | Aug 10 2023 23:30:00 | AT&T, PO BOX 537104, Atlanta, GA 30353-7104 |
| 14741326 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 10 2023 23:57:35 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 14749129 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 10 2023 23:39:45 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14741327 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Aug 10 2023 23:39:28 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 14741328 | + | Email/Text: bk@hughesfcu.org | Aug 10 2023 23:29:00 | Hughes Federal Credit Union, 951 E Hermans Road, Tucson, AZ 85756-9000 |
| 14750547 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 10 2023 23:40:01 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14741330 | ^ | MEBN | Aug 10 2023 23:24:41 | Lendingpoint LLC, 1201 Roberts Blvd NW, Kennesaw, GA 30144-3612 |
| 14741331 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 10 2023 23:56:17 | Macys/DSNB, PO Box 8218, Monroe, OH 45050 |
| 14741332 | + | Email/Text: bankruptcy@marinerfinance.com | Aug 10 2023 23:29:00 | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 14741333 | + | Email/PDF: cbp@omf.com | Aug 10 2023 23:40:00 | OneMain, PO Box 1010, Evansville, IN 47706-1010 |
| 14750908 | + | Email/PDF: cbp@omf.com | Aug 10 2023 23:40:08 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 14751920 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 10 2023 23:29:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 14747514 | ^ | MEBN | Aug 10 2023 23:24:52 | Rocket Mortgage, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14747289 | + | Email/Text: bankruptcyteam@quickenloans.com | | |

| Recip ID | Notice Method | Date/Time | Name and Address |
|---|---|---|---|
| | | Aug 10 2023 23:29:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 14741336 | Email/Text: bknotice@upgrade.com | Aug 10 2023 23:29:00 | Upgrade Inc, 275 Battery St - FL 23, San Francisco, CA 94111 |
| 14741337 | + Email/Text: LCI@upstart.com | Aug 10 2023 23:29:00 | Upstart Network Inc, PO Box 1503, San Carlos, CA 94070-7503 |
| 14753564 | + Email/PDF: ebn_ais@aisinfo.com | Aug 10 2023 23:40:04 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14753990 | *+ | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2023     Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 10, 2023 at the address(es) listed below:

**Name**     **Email Address**

CHARLES LAPUTKA
    on behalf of Debtor Tina Roxanne Smith claputka@laputkalaw.com  jen@laputkalaw.com;jbolles@laputkalaw.com

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC mfarrington@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Tina Roxanne Smith
      Debtor(s)

Chapter: 13
Bankruptcy No: 22−13299−pmm

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this August 10, 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                Patricia M. Mayer
                                                Judge, United States Bankruptcy Court

22
Form 155