Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023  
**Chapter 13 Case No. 22-13299-PMM**

Tina Roxanne Smith  
2 Lichfield Lane  
Lancaster  PA    17601

Petition Filed Date: 12/08/2022  
341 Hearing Date: 02/07/2023  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 12/28/2022 | $448.01 | | 01/11/2023 | $448.01 | | 01/11/2023 | $60.00 | |
| 01/24/2023 | $478.01 | | 02/07/2023 | $478.01 | | 02/22/2023 | $478.01 | |
| 03/07/2023 | $478.01 | | 03/21/2023 | $478.01 | | 04/04/2023 | $478.01 | |
| 04/18/2023 | $478.01 | | 05/02/2023 | $478.01 | | 05/16/2023 | $398.01 | |
| 05/31/2023 | $398.01 | | 06/13/2023 | $398.01 | | 06/27/2023 | $398.01 | |
| 07/11/2023 | $398.01 | | 07/25/2023 | $398.01 | | | | |

**Total Receipts for the Period: $7,168.16    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $7,626.17**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $3,688.00 | $0.00 | $3,688.00 |
| 1 | HUGHES FEDERAL CREDIT UNION<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | HUGHES FEDERAL CREDIT UNION<br>»» 002 | Unsecured Creditors | $8,959.07 | $0.00 | $0.00 |
| 3 | ROCKET MORTGAGE LLC<br>»» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | CAPITAL ONE BANK (USA) NA<br>»» 004 | Unsecured Creditors | $1,019.95 | $0.00 | $0.00 |
| 5 | LVNV FUNDING LLC<br>»» 005 | Unsecured Creditors | $3,886.53 | $0.00 | $0.00 |
| 6 | ONE MAIN FINANCIAL<br>»» 006 | Unsecured Creditors | $8,981.08 | $0.00 | $0.00 |
| 7 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 007 | Unsecured Creditors | $791.74 | $0.00 | $0.00 |
| 8 | VERIZON BY AIS AS AGENT<br>»» 008 | Unsecured Creditors | $964.82 | $0.00 | $0.00 |
| 9 | MARINER FINANCE LLC<br>»» 009 | Unsecured Creditors | $1,469.51 | $0.00 | $0.00 |

**Chapter 13 Case No. 22-13299-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $7,626.17 | Current Monthly Payment: | $907.00 |
| Paid to Claims: | $0.00 | Arrearages: | $50.98 |
| Paid to Trustee: | $652.88 | Total Plan Base: | $33,073.15 |
| Funds on Hand: | $6,973.29 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.