United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 22-13299-pmm
Tina Roxanne Smith  Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2
Date Rcvd: Sep 18, 2023      Form ID: pdf900      Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tina Roxanne Smith, 2 Lichfield Lane, Lancaster, PA 17601-5081 |
| 14741329 | + | Kayla Hutson, 2 Lichfield Lane, Lancaster, PA 17601-5081 |
| 14747790 | + | Rocket Mortgage, LLC, f/k/a Quicken Loans, C/O Michael Patrick Farrington, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14741334 | + | TD Bank/Icon, 222 N LaSalle - Ste 1700, Chicago, IL 60601-1101 |
| 14741335 | + | The Kingston Apartments, 4900 Allertow Road, Fredericksburg, VA 22407-3001 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Sep 18 2023 23:50:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Sep 18 2023 23:50:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14741325 | + | Email/Text: g20956@att.com | Sep 18 2023 23:50:00 | AT&T, PO BOX 537104, Atlanta, GA 30353-7104 |
| 14741326 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 18 2023 23:52:43 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 14749129 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 18 2023 23:52:52 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14741327 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 18 2023 23:53:02 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 14741328 | + | Email/Text: bk@hughesfcu.org | Sep 18 2023 23:50:00 | Hughes Federal Credit Union, 951 E Hermans Road, Tucson, AZ 85756-9000 |
| 14750547 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 18 2023 23:52:43 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14741330 | ^ | MEBN | Sep 18 2023 23:45:43 | Lendingpoint LLC, 1201 Roberts Blvd NW, Kennesaw, GA 30144-3612 |
| 14741331 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 18 2023 23:52:44 | Macys/DSNB, PO Box 8218, Monroe, OH 45050 |
| 14741332 | + | Email/Text: bankruptcy@marinerfinance.com | Sep 18 2023 23:50:00 | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 14741333 | + | Email/PDF: cbp@omf.com | Sep 18 2023 23:52:52 | OneMain, PO Box 1010, Evansville, IN 47706-1010 |
| 14750908 | + | Email/PDF: cbp@omf.com | Sep 18 2023 23:52:43 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 14751920 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 18 2023 23:50:00 | Premier Bankcard, LLC, Jefferson Capital Systems |

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 18, 2023 | Form ID: pdf900 | Total Noticed: 24 |

| | | | | |
|---|---|---|---|---|
| | | | | LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 14747514 | ^ | MEBN | Sep 18 2023 23:45:46 | Rocket Mortgage, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14747289 | + | Email/Text: bankruptcyteam@quickenloans.com | Sep 18 2023 23:50:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 14741336 | | Email/Text: bknotice@upgrade.com | Sep 18 2023 23:50:00 | Upgrade Inc, 275 Battery St - FL 23, San Francisco, CA 94111 |
| 14741337 | + | Email/Text: LCI@upstart.com | Sep 18 2023 23:50:00 | Upstart Network Inc, PO Box 1503, San Carlos, CA 94070-7503 |
| 14753564 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 18 2023 23:52:52 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14753990 | *+ | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2023 at the address(es) listed below:

**Name**    **Email Address**

CHARLES LAPUTKA
    on behalf of Debtor Tina Roxanne Smith claputka@laputkalaw.com  jen@laputkalaw.com;jbolles@laputkalaw.com

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC mfarrington@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Tina Roxanne Smith | Case # 22-13299-PMM |
| Debtor | CHAPTER 13 |

## ORDER

Upon consideration of the Debtor's Application to Voluntarily Dismiss Chapter 13 Proceeding Pursuant to Section 1307(b) of the United States Bankruptcy code, and it appearing that Section 1307(b) of the United States Bankruptcy Code permits the Debtors to request the voluntary dismissal of the Chapter 13 proceeding,

**IT IS HEREBY ORDERED** that the Chapter 13 bankruptcy proceeding filed by the Debtor and docketed to No. 22-13299-PMM in the United States Bankruptcy Court for the Eastern District of Pennsylvania is hereby **DISMISSED** without prejudice.

By the Court:

**Date: September 18, 2023**

*Patricia M. Mayer*
_____
**Patricia M. Mayer**
**United States Bankruptcy Judge**